## THE PEOPLE *vs.* TEN EYCK, sheriff of Albany.

On a rule against the sheriff for bringing in the body, notice must be served on the sheriff twenty days previous to the day of shewing cause.

PROCEEDINGS on attachment. On the *twenty-first* day of July last, the defendant, as sheriff of the city and county of Albany, was served with notice of a rule to bring in the bodies of the defendants in a certain cause, within twenty days after service of notice of the rule, or shew cause by the first day of the then next term, why an attachment should not issue against him. The first day of the then next term was on the *fourth* day of August, only *fourteen days* after the service of the notice. On the *twenty-third* day of August, a rule for attachment was asked for and granted. The attachment issued, and the defendant, being brought into court, objected that it had issued irregularly, inasmuch as twenty days had not intervened between the service of the notice and the day for shewing cause.

*C. Y. Lansing*, for defendant.

*W. P. Hawes*, for plaintiff.

*By the Court*, SUTHERLAND, J. Although the rule for the attachment was not obtained until more than twenty days had expired after the service of the notice on the sheriff, still the attachment issued irregularly. The sheriff had not twen-

ty days after the service of the notice on him, before he was required to shew cause ; he must, therefore, be discharged from the attachment, and the plaintiff obtaining the attachment must pay the costs of this proceeding.